# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JEFFREY SCOTT GARRISON,**

    **Plaintiff,**

v.                              Case No. 1:17cv77-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's Objections to the Magistrate Judge's Report and Recommendation and Request for Oral Argument. ECF No. 21.[1]  Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The

---

[1] This Court notes that Plaintiff actually makes no specific objections but just generally objects to the Magistrate Judge's conclusions.

1

decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **AFFIRMED** and judgment is entered for the Defendant." Plaintiff's request for oral argument is **DENIED**. The Clerk shall close the file.

**SO ORDERED on January 17, 2018.**

           <u>**s/Mark E. Walker**</u>   
           **United States District Judge**